PAUL BERLENBACH, Respondent, *v.* CHEMICAL BANK AND TRUST COMPANY, Appellant.

(Argued June 16, 1932; decided July 19, 1932.)

*Carroll G. Walter* for appellant.

*James V. Hayes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.